IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL DIVERSITY;  )
DEFENDERS OF WILDLIFE,            )
                                  )
       Plaintiffs,                )
                                  )
    v.                            )   No. 1:19-cv-02936-KBJ
                                  )
DAVID BERNHARDT, in his official capacity )
as Secretary of the United States Department of )
the Interior, et al.,             )
                                  )
       Defendants,                )

**DEFENDANTS' NOTICE OF PUBLICATION OF 90-DAY FINDING IN THE FEDERAL REGISTER**

Defendants David Bernhardt, in his official capacity as Secretary of the United States Department of the Interior, the United States Fish and Wildlife Service ("Service"), and Aurelia Skipwith, the Director of the Service, hereby notify the Court and all counsel of record that on July 16, 2020, the Service's 90-day finding for the Dunes Sagebrush Lizard was published in the Federal Register. 85 Fed. Reg. 43,203 (July 16, 2020).

Dated: July 17, 2020

                                         Respectfully Submitted,

                                         JEAN E. WILLIAMS,
Deputy Assistant Attorney General
SETH M. BARSKY, Chief
MEREDITH L. FLAX, Assistant Section Chief

                                         */s/ Shampa A. Panda*
Shampa A. Panda,
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0431
Fax: (202) 305-0275
E-mail: shampa.panda@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 17, 2020, I filed the foregoing document electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

/s/ *Shampa A. Panda*
Shampa A. Panda
U.S. Department of Justice